SEYFARTH SHAW LLP
Christian J. Rowley (SBN 187293)
E-mail: crowley@seyfarth.com
Eric Lloyd (SBN 254390)
E-mail: elloyd@seyfarth.com
Jonathan D. Martin (SBN 188744)
E-mail: jmartin@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
MATCO TOOLS CORPORATION,
NMTC, INC., and FORTIVE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FLEMING, on behalf of himself and all others similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> MATCO TOOLS CORPORATION, a Delaware corporation; NMTC, INC. d/b/a MATCO TOOLS, a Delaware corporation, FORTIVE CORPORATION, a Delaware corporation; and DOES 1-20, inclusive,, <br><br> Defendants. | Case No. 3:19-cv-00463-WHO <br><br> **STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR SETTLEMENT APPROVAL** <br><br> Date: April 27, 2022 <br> Time: 2:00 P.M. <br> Dept: Courtroom 2, 17th Floor <br><br> Judge: Hon. William Orrick <br><br> Complaint Filed: January 25, 2019 <br> Trial Date: April 18, 2022 |

Defendants MATCO TOOLS CORPORATION, NMTC, INC., and FORTIVE CORPORATION ("Defendants") do not oppose Plaintiff's Motion for Settlement Approval.

DATED: April 21. 2022

Respectfully submitted,

SEYFARTH SHAW LLP

By: _/s/ Eric M. Lloyd_
    Christian J. Rowley
    Eric M. Lloyd
    Jonathan D. Martin
    Attorneys for Defendants
    MATCO TOOLS CORPORATION, NMTC, INC. and FORTIVE CORPORATION

81117675v.2