UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FLEMING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATCO TOOLS CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 3:19-cv-00463-WHO<br><br>**JUDGMENT** |

　　Judgment is hereby entered in accordance with the Order Granting Final Approval of Settlement.

　　**IT IS SO ORDERED.**

Dated: April 29, 2022

_____
WILLIAM H. ORRICK
United States District Judge